

1

2

3

4

5

6

7        UNITED STATES DISTRICT COURT

8        SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR0815-WQH
                                    )
10              Plaintiff,          )  I N F O R M A T I O N
                                    )
11       v.                         )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Misdemeanor);
12  RIGOBERTO MEZA-HERRERA,         )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Felony)
13              Defendant.          )
                                    )
14  _____ )

15       The United States Attorney charges:

16                          Count 1

17       On or about _____3/20/08_____, within the Southern

18  District of California, defendant RIGOBERTO MEZA-HERRERA, being an

19  alien, unlawfully entered or attempted to enter the United States at

20  a time and place other than as designated by immigration officers, and

21  eluded examination and inspection by immigration officers, and

22  attempted to enter or obtained entry to the United States by a

23  willfully false or misleading representation or the willful

24  concealment of a material fact; in violation of Title 8, United States

25  Code, Section 1325, a misdemeanor.

26  //

27  //

28  //

CJB:es:San Diego
3/4/08

<u>Count 2</u>

On or about February 21, 2008, within the Southern District of California, defendant RIGOBERTO MEZA-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

2